UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN GRANGER,

                *Plaintiff,*          **Civil Action No.**: 07-CV-3491(PKC)

     -against-                  **NOTICE OF APPEARANCE**

GILL ABSTRACT CORPORATION and
NAN GILL

                *Defendants.*
-------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned has been retained by and hereby appears as counsel for Defendants Gill Abstract Corporation and Nan Gill in the above captioned matter for all matters in the above-captioned action and demands copies of all papers and proceedings in this action subsequent to the date of this notice, be served upon the undersigned at the address below.

Dated:  New York, New York
          June 1, 2007

                                         COZEN O'CONNOR, P.C.

                                         By:      /s/
                                                Brian A. Bloom (BB5722)

                                       909 Third Avenue, 17th Floor
                                       New York, New York 10022
                                       Telephone: (212) 453-3812
                                       Facsimile: (866) 782-9521
                                       Bbloom@cozen.com

                                       *Attorney for Defendants*
                                       *Gill Abstract Corporation and Nan Gill*

To: John Granger, (Pro Se)
    2820 Audubon Village Drive
    Suite 339
    Audubon, PA 19403

NEWYORK_MIDTOWN\623439\1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN GRANGER,

                *Plaintiff,*　　　　　**Civil Action No: 07-CV-3491 (PKC)**

        -against-　　　　　**CERTIFICATE OF SERVICE**

GILL ABSTRACT CORPORATION and
NAN GILL

                *Defendants.*
-------------------------------------------------------x

      Brian A. Bloom, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 909 Third Avenue, New York, NY 10022.

      On June 1, 2007, Deponent served the within Notice of Appearance:

                John Granger, (Pro Se)
                2820 Audubon Village Drive
                Suite 339
                Audubon, PA  19403

by depositing a true copy thereof in a securely sealed, properly addressed fully postpaid, first class mail wrapper in an official depository under the exclusive care and custody of the United States.

                                                      /s/
                                        Brian A. Bloom