

**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

17TH FLOOR   909 THIRD AVENUE   NEW YORK, NY 10022-7431
212.509.9400   800.437.7040   212.207.4938 FAX   www.cozen.com

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

September 26, 2007

Glenn Berezanskiy
Direct Phone 212.453.3842
Direct Fax   877.836.0591
gberezanskiy@cozen.com

**VIA FACSIMILE AND HAND DELIVERY**

Honorable Judge P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: Defendants' time to respond to motion extended to October 15. Plaintiff's time to reply extended to October 23. SO ORDERED. /s/ USDJ 9-26-07]*

Re:   Granger v. Gill Abstract Corp. and Gill (Civil Case # 07-3491) (PKC)(THK)

Dear Judge Castel,

As you are aware this firm represents the Defendants in the above-referenced action.

On September 20, 2007, Plaintiff Granger ("Plaintiff") served the Defendants Gill Abstract Corp. and Gill ("Defendants") with a motion for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. Defendants are required to draft and serve their opposition to the motion by Monday, October 1, 2007. However, due to the fact that Dave Kissoon, the lead counsel in this litigation, is out of the country for until Wednesday, October 3, 2007, Defendants respectfully request that Your Honor grant the Defendants a two-week extension to allow opposing counsel to draft and serve opposition papers opposition.

If an extension is not granted, the Defendants will suffer severe hardship in meeting the October 1, 2007 deadline, as, Dave, who has intimate knowledge of the action, has limited computer and email access.

On several occasions we have tried to contact the Plaintiff to request an extension. However, our attempts proved to be futile, as we have not been able to get in contact with the Plaintiff.

In light of the severe hardship and since the Defendants have not previously made any such requests, Defendants respectfully request that Your Honor grant the Defendants the two-week extension.

Judge P. Kevin Castel
September 26, 2007
Page 2

If you have any question please do not hesitate to call the undersigned.

Sincerely,

COZEN O'CONNOR

By: Glenn Berezanskiy

GB

cc: John Granger