UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————x

JOHN GRANGER,

                    Plaintiff,                         Civ. Action No. 07-CV-3491(PKC)

           - against -

                                                       **AFFIDAVIT OF NAN GILL**

GILL ABSTRACT CORPORATION and NAN
GILL,

                    Defendants.

————————————————————————————x

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

        Nan Gill, being duly sworn, deposes and says:

        1.      I am a Defendant in the above captioned matter and the President of Gill

Abstract Corp. and accordingly have personal knowledge of the facts set forth herein. I

respectfully submit this affidavit in opposition to Plaintiff John Granger's ("Plaintiff" or

"Granger") motion for summary judgment and in support of Defendant Nan Gill ("Gill") and

Gill Abstract Corp.'s ("Abstract") (collectively "Defendants") cross motion for summary

judgment.

        2.      In short, it is undisputable that Plaintiff's title insurance rate calculator

(the "Rate Calculator") was removed from Abstract's website several months before the June 30,

2006 registration was granted. In fact Plaintiff has offered no proof whatsoever that the Rate

Calculator on Abstract's website after June 30, 2006. Accordingly, Plaintiff's claims are all

without merit, and Plaintiff's complaint must be stricken. At the very least, Plaintiff's damages, if any, must be limited to actual damages.

3.    Abstract is a title company and is engaged in the business of providing a range of title services to the general public, including but not limited to, the sale of title and mortgage insurance. Abstract's website address is www.gillabstract.com (the "Website").

4.    At all material times Drew Diskin of Inertia, LLC ("Mr. Diskin") was Abstract's website administrator. At some point prior to February, 2006 I contacted Mr. Diskin to inquire about the possibility of placing a mortgage and title insurance rate insurance calculator on the Website. Mr. Diskin explained to me that it was possible to do so, and subsequently confirmed that he would add a mortgage calculator and a title insurance rate calculator to the Website.

5.    At no material time did I request or authorize Mr. Diskin to place Plaintiff's Rate Calculator on the Website, nor did I know what the Rate Calculator belonged to Plaintiff. Moreover, at no time prior to February, 2006 was I aware that the Rate Calculator belonged to Plaintiff or was copyrighted in anyway.

6.    On or about February 17, 2006, I received a letter from Plaintiff dated February 13, 2006, claiming that Abstract's website contained a copyrighted title insurance rate calculator (the "Rate Calculator"). A copy of this letter is attached hereto as Exhibit "A."

7.    I immediately contacted Mr. Diskin and instructed him to remove the Rate Calculator. A copy of my email correspondence to Mr. Diskin dated February 19, 2006 is attached hereto as Exhibit "B." On or about February 19, 2006, I also contacted Mr. Sal Cimaglia ("Mr. Cimaglia") of SK Consulting, located at 4 Cregan Place, Monroe, New York, to install a new rate calculator on the Website.

8.    On February 21, 2006, I received written confirmation from Mr. Diskin that the Rate Calculator had been removed from Abstract's website and replaced with a new rate calculator. A copy of this correspondence is attached hereto as Exhibit "C." I also received written confirmation from Mr. Cimaglia confirming that a new rate calculator had been placed on Abstract's website. A copy of this correspondence is attached hereto as Exhibit "D." Attached hereto as Exhibit "E" are copies of bills issued by SK Consulting for replacing the Rate Calculator, all of which have been paid.

9.    On February 21, 2006, I wrote to Mr. Granger advising him that instructions had been given to remove the Rate Calculator. A of my letter is attached hereto as Exhibit "F."

10.    Immediately thereafter I checked Abstract's website myself and confirmed that the Rate Calculator had been removed and that it had been replaced with a new rate calculator.

11.    At no time thereafter was there any material whatsoever belonging to Plaintiff on the Website.

12.    Accordingly, it is undisputable that the Rate Calculator was removed from Abstract's website on or about February 21, 2006. Certainly, the Rate Calculator was removed from the Website well before June 30, 2006 the date of registration of the Rate Calculator. A copy of the Rate Calculator's registration certificate if attached hereto as Exhibit "G."

13.    Mr. Granger's claim that the Rate Calculator was not removed from the Website until August 2006 is a blatant lie. In fact, not only do Drew Diskin and Sal Cigmalia both confirm that the Rate Calculator was removed from the Website on February 21, 2006, but the internet archive "the Wayback Machine" also independently confirms this. See Affidavit of

Drew Diskin attached hereto. Moreover, Mr. Granger offers no proof whatsoever that the Rate Calculator remained on the Website after June 30, 2006.

14.    I been advised by my attorneys that since the Rate Calculator was removed from Abstract's website several months before its registration was granted, Plaintiff's statutory damages claim is without merit and must be summarily dismissed.

15.    Moreover, neither Abstract nor myself have profited in anyway whatsoever from the use of Plaintiff's Rate Calculator. It is absurd for Plaintiff to allege that Abstract was more profitable because of the presence of his calculator on Abstract's website, and in fact no where in Plaintiff's submissions is there any evidentiary or logical connection between the presence of Plaintiff's Rate Calculator and Defendants' profits. Client's decisions on whether to obtain title insurance from Abstract had nothing to do with the presence or absence of the Rate Calculator on Abstract's website. Accordingly, Plaintiff is not entitled to any statutory damages or damages for "lost profits."

16.    Defendants did not willfully or intentionally infringe any purported copyright held by Plaintiff.

17.    At the very least Plaintiff's motion for summary judgment must be dismissed as being premature since discovery has not been completed.

**WHEREFORE**, I respectfully respect that the Court deny Plaintiff's motion for summary judgment with prejudice, and grant Defendants' cross motion for summary judgment

and grant Defendants the fees and costs associated with the defense of the instant motion for summary judgment.

Sworn to before me on this
18th day of October 2007.

_____
Notary Public

_____
Nan Gill

JANICE M. SUCHOWIECKI
Notary Public, State of New York
Qualified in Orange County
No. 4633500
Commission Expires June 30, 2010

# John Granger
## 2820 Audubon Village Drive, Suite 339
## Audubon, Pennsylvania 19403
## http://www.alphaadv.net/nytitle
### (610) 929-5154          John@alphaadv.net

---

*EXHIBIT B*

February 13, 2006

Gill Abstract Corporation                Contract #: _____
222 Greenwich Avenue
Goshen, NY 10924


Dear Nan Gill,

John Granger is the owner of the exclusive right to use John Granger's Copywritten New York Title Insurance Rate Calculator.

It has come to the attention of John Granger that Gill Abstract Corporation is operating a website found at URL: http://www.gillabstract.com/abstract_title_insurance_rates_calculator.htm

Gill Abstract Corporation claims a 2006 Copyright on Gill Abstract Corporation's website.

Gill Abstract Corporation's website acknowledges the New York Title Insurance Rate Calculator is Copywritten by John Granger and that John Granger has reserved all rights.

John Granger's records do not include any licensing agreement with Gill Abstract Corporation.

Please send John Granger a copy of Gill Abstract Corporation's licensing agreement to legally use the Copywritten New York Title Insurance Rate Calculator.

Silence beyond two weeks shall serve as proof that no written licensing agreement exists between John Granger and Gill Abstract Corporation to use John Granger's Copywritten New York Title Insurance Rate Calculator.


Very truly yours,



John Granger

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8041_0_59523...



Yahoo!   My Yahoo!   Mail   Tutorials   More      Make Y! your home page      Welcome,  drewdiskin  Sign Out   Help

YAHOO! MAIL                                    Search:  [                ]  [Web Search]

Sample destinations:                          ☰ U N I T E D ∘ C O M ®
Chicago – Denver    Los Angeles – London    Washington, D.C. – Cancun
$79*               $264*                   $138*
*Fares each-way based on required roundtrip purchase. Additional taxes, fees, restrictions apply.
[Book now »]

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | Mail For Mobile - Mail Upgrades - Options |

[Check Mail]  [Compose]                    [            ]   [Search Mail]   [Search the Web]

Ugly Credit?
Attractive Card

**Folders**      [Add - Edit]

**Inbox (3993)**

Draft
Sent
Bulk         [Empty]
Trash        [Empty]

**My Folders**      [Hide]

INOVA
Opera Join
Oscar

**Search Shortcuts**

My Photos
My Attachments

Cing/AT&T Go
Phone ... (more)

Online Degree
Programs

Cash-out Refi.
Get free quotes

Graduate Online
under 1.5 yrs!

Previous | Next | Back to Search Results

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

**From:**    nangill@gillabstract.com  ✉ Add to Address Book  ✉ Add Mobile Alert
**To:**      SKCC@aol.com
**CC:**      "Drew Diskn, M.S." <drew@drewdiskin.com>
**Subject:** Re: Web Stuff
**Date:**    Sun, 19 Feb 2006 16:21:19 -0500

could not see what it looked like.
Please get in touch with Drew Diskin to set it up.
By copy of this email, I am notifying him that you will be getting in touch with him.
Thanks,
Nan

----- Original Message -----
**From:** SKCC@aol.com
**To:** nangill@gillabstract.com
**Sent:** Sunday, February 19, 2006 2:05 PM
**Subject:** Web Stuff

Hi Yan...... oops....NAn

Good seeing you Friday
My programmer did save the web calculator we did a while back for you.  It will be back
up next Tuesday for you to look at.  If you go to www.accuratespda.com/gillabstract.swf
you can see what it looks like.  If you want to switch over to it, just give the link above to
your web programmer and tell him to place it under the rate calculator button on the
website.  It will work immediately.  I have requested Florida rates from one source and if
you happen to find your rates, email them to me.  I am looking into incorporating the
standard rates, but not mortgage tax and transfer tax.  The charge for setting up the
website if you want to go with it is $799, then $35 a month for all updates and upgrades
including any palm and pc programs you may have.  If and when we do the florida rates,
there would be a minor charge for installation.  I also will send you a monthly printout
on how many hits the rate calculator is getting from your customers and how many
different customers are hitting.....

Take care
Talk to you soon
Sal

[Delete]  [Reply]  [Forward]  [Spam]  [Move...]

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8041_0_59523...

<u>Check Mail</u>    <u>Compose</u>                        <u>Search Mail</u>    <u>Search the Web</u>

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

8/8/2007 12:46 PM

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=3805_0_56716...



My thoughts are with you.  I hope this ordeal is over quickly for you.
I will write the letter.
Nan

----- Original Message -----
**From:** Drew Diskin
**To:** Nan Gill
**Sent:** Sunday, February 19, 2006 8:05 PM
**Subject:** Re: rates calculator

Nan,

Thanks for the e-mail. I received a cease-and-assist letter, too, in the mail. Needless to say, I was less than thrilled. I believe you may need to rethink some of your strategies for forms and such in this regard. In the meanwhile, I would suggest that you contact the person who sent the letter, apologize for not knowing it was proprietary, and let him know that you are rectifying the situation.  This would help prevent them from blacklisting you with any associations or large industry groups. You never quite know who people know...

I am scheduled to close on my new home in VA this week. Once that is finished, and I am not living in a hotel (and commuting 600 miles every weekend) I will have more time to dedicate to your sites. Thank you for your understanding.

Respectfully,

Drew

Cheers.

Drew

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8681_0_51726...



Yahoo!   My Yahoo!   Mail   Tutorials   More    Make Y! your home page         Welcome,  drewdiskin  Sign Out   Help

YAHOO! MAIL                                    Search: [                    ]  Web Search

**Mail** | Addresses ▾ | Calendar ▾ | Notepad ▾        Mail For Mobile · Mail Upgrades · Options

Check Mail   Compose                    [                    ]  Search Mail   Search the Web

Previous | Next | Back to Search Results

Delete   Reply   Forward   Spam   Move...

This message is not flagged. [ Flag Message - Mark as Unread ]                    Printable View

From:    nangill@gillabstract.com  Add to Address Book  Add Mobile Alert
To:      drew@drewdiskin.com
Subject: Re: Fw: Web Calculator for Gill Abstract
Date:    Wed, 22 Feb 2006 02:53:41 -0500

Thank you
N
----- Original Message -----
From: <drew@drewdiskin.com>
To: <nangill@gillabstract.com>
Sent: Tuesday, February 21, 2006 9:50 PM
Subject: Re: Fw: Web Calculator for Gill Abstract

> Updated.
>
> Drew
>
>
>
>> Drew
>> Please get this one up as quickly as possible and the other one off.
>> Thank you,
>> Nan
>> ----- Original Message -----
>> From: SKCC@aol.com
>> To: nangill@gillabstract.com
>> Cc: drew@drewdiskin.com
>> Sent: Tuesday, February 21, 2006 1:25 PM
>> Subject: Re: Web Calculator for Gill Abstract
>>
>>
>> Nan/Drew
>> The link for the web calculator is up and running.  You can now
connect
>> the URL which is
>> www.accuratespda.gillabstract.swf to your website and it will work.
>> If any questions, call me at 914-760-0922
>> Tale care

1 of 2                                                          8/8/2007 12:49 PM

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8681_0_51726...

**Check Mail**     **Compose**                              **Search Mail**     **Search the Web**

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

8/8/2007 12:49 PM



http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8681_0_51726...

Yahoo!  My Yahoo!  Mail  Tutorials  More    **Make Y! your home page**    Welcome,  **drewdiskin** Sign Out  Help

# YAHOO! MAIL    Search: [                    ] Web Search

Sample destinations:    **UNITED.COM**
Chicago – Denver   Los Angeles – London   Washington, D.C. – Cancun
$**79**   $**264**   $**138**
*Fares each way based on required roundtrip purchase. Additional taxes, fees, restrictions apply.*
Book now >>

**Mail** | Addresses ▾ | Calendar ▾ | Notepad ▾        **Mail For Mobile** - **Mail Upgrades** - **Options**

Check Mail | Compose                [                    ] Search Mail | Search the Web

♥ See your credit
score - free

**Folders**  [Add - Edit]
**Inbox (3993)**
 Draft
 Sent
Bulk        [Empty]
Trash       [Empty]

**My Folders**   [Hide]
 INOVA
 Opera Join
 Oscar

**Search Shortcuts**
 My Photos
 My Attachments

Email Fax
... (more)

Apply & Spend
$1500 ... (more)

FICO above 680?
5.4%* Refi Rate

Graduate Online
under 1.5 yrs!

Previous | Next | Back to Search Results

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message – Mark as Unread ]       Printable View

**From:**  nangill@gillabstract.com    ✎ Add to Address Book  📱 Add Mobile Alert

**To:**  drew@drewdiskin.com

**Subject:**  Re: Fw: Web Calculator for Gill Abstract

**Date:**  Wed, 22 Feb 2006 02:53:41 -0500

```
Thank you
N
----- Original Message -----
From: <drew@drewdiskin.com>
To: <nangill@gillabstract.com>
Sent: Tuesday, February 21, 2006 9:50 PM
Subject: Re: Fw: Web Calculator for Gill Abstract


> Updated.
>
> Drew
>
>
>
>> Drew
>> Please get this one up as quickly as possible and the other one off.
>> Thank you,
>> Nan
>> ----- Original Message -----
>> From: SKCC@aol.com
>> To: nangill@gillabstract.com
>> Cc: drew@drewdiskin.com
>> Sent: Tuesday, February 21, 2006 1:25 PM
>> Subject: Re: Web Calculator for Gill Abstract
>>
>>
>> Nan/Drew
>> The link for the web calculator is up and running.  You can now
connect
>> the URL which is
>> www.accuratespda.gillabstract.swf to your website and it will work.
>> If any questions, call me at 914-760-0922
>> Tale care
```

1 of 2                                8/8/2007 12:49 PM

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=702_0_54741_...



Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

8/8/2007 12:50 PM



# SK Consulting

## Accu-Rates

# INVOICE

**4 Cregan Place**
**Monroe, New York 10950-9775**
**Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM**

**INVOICE #: 5453**
**DATE:  February 23, 2006**

**Bill To:**
**Name : Nan Gill**
**Company :   Gill Abstract Corp.**
**Address :   222 Greenwich Ave.**
**City, State ZIP :   Goshen, NY 10924**
**Phone :**

**Ship To:**
**Name :**
**Company :**
**Address :**
**City, State ZIP :**
**Phone :**

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Accurates Website Software – Setup Fee | $799.00 | $799.00 |
| | $35 per month Main. Fee | | |

|  | |
|---|---|
| SUBTOTAL | $799.00 |
| SALES TAX @ 08125% | $64.91 |
| SHIPPING & HANDLING | N/C |
| **TOTAL DUE** | **$863.91** |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

### THANK YOU FOR YOUR BUSINESS!



# SK Consulting

## Accu-Rates

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  **March, 2006**

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions: None**

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | March Monthly Website Maintenance Fee | $35.00 | $35.00 |
| | SUBTOTAL | | $35.00 |
| | SALES TAX @ 08125% | | $2.84 |
| | SHIPPING & HANDLING | | N/C |
| | TOTAL DUE | | **$37.84** |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



**SK Consulting**

**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  April, 2006

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | April Monthly Website Maintenance Fee | $35.00 | $35.00 |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $35.00 |
| SALES TAX  @ 08125% | | $2.84 |
| SHIPPING & HANDLING | | N/C |
| **TOTAL DUE** | | **$37.84** |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



# SK Consulting

## Accu-Rates

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  May, 2006

**Bill To:**
Name : Nan Gill
Company :   Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | May Monthly Website Maintenance Fee | $35.00 | $35.00 |

| | AMOUNT |
|---|---|
| SUBTOTAL | $35.00 |
| SALES TAX @ 08125% | $2.84 |
| SHIPPING & HANDLING | N/C |
| **TOTAL DUE** | **$37.84** |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

### THANK YOU FOR YOUR BUSINESS!



# SK Consulting

## Accu-Rates

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  June, 2006

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | June Monthly Website Maintenance Fee | $35.00 | $35.00 |
| | | | |

| | |
|---|---|
| SUBTOTAL | $35.00 |
| SALES TAX @ 08125% | $2.84 |
| SHIPPING & HANDLING | N/C |
| TOTAL DUE | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



**SK Consulting**

**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  July, 2006

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | July Monthly Website Maintenance Fee | $35.00 | $35.00 |
| | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $35.00 |
| SALES TAX  @ 08125% | | $2.84 |
| SHIPPING & HANDLING | | N/C |
| TOTAL DUE | | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



**SK Consulting**

**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

**DATE:  August, 2006**

**Bill To:**
Name : Nan Gill
Company :   Gill Abstract Corp.
Address :   222 Greenwich Ave.
City, State ZIP :   Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

Comments or Special Instructions: None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | August Monthly Website Maintenance Fee | $35.00 | $35.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $35.00 |
| SALES TAX  @ 08125% | | $2.84 |
| SHIPPING & HANDLING | | N/C |
| TOTAL DUE | | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



**SK Consulting**

**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  September, 2006

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | September Monthly Website Maintenance Fee | $35.00 | $35.00 |
| | | | |
| | SUBTOTAL | | $35.00 |
| | SALES TAX  @ 08125% | | $2.84 |
| | SHIPPING & HANDLING | | N/C |
| | TOTAL DUE | | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

DATE:  October, 2006

**Bill To:**
Name : Nan Gill
Company :   Gill Abstract Corp.
Address :   222 Greenwich Ave.
City, State ZIP :   Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

Comments or Special Instructions: None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | Best Way | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | October Monthly Website Maintenance Fee | $35.00 | $35.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $35.00 |
| SALES TAX  @ 08125% | | $2.84 |
| SHIPPING & HANDLING | | N/C |
| TOTAL DUE | | **$37.84** |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



# SK Consulting

**Accu-Rates**

# INVOICE

4 Cregan Place
Monroe, New York 10950-9775
Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM

**DATE:  November, 2006**

**Bill To:**
Name : Nan Gill
Company :  Gill Abstract Corp.
Address :  222 Greenwich Ave.
City, State ZIP :  Goshen, NY 10924
Phone :

**Ship To:**
Name :
Company :
Address :
City, State ZIP :
Phone :

**Comments or Special Instructions:** None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | November Monthly Website Maintenance Fee | $35.00 | $35.00 |

| | |
|---|---|
| SUBTOTAL | $35.00 |
| SALES TAX @ 08125% | $2.84 |
| SHIPPING & HANDLING | N/C |
| TOTAL DUE | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522, E-Mail: SKCC@AOL.COM**

**THANK YOU FOR YOUR BUSINESS!**



# SK Consulting

## Accu-Rates

# INVOICE

**4 Cregan Place**
**Monroe, New York 10950-9775**
**Phone 845-783-SKCC (7522)  E-Mail: SKCC@AOL.COM**

DATE:  December, 2006

Bill To:
Name : **Nan Gill**
Company :  **Gill Abstract Corp.**
Address :  **222 Greenwich Ave.**
City, State ZIP :  **Goshen, NY 10924**
Phone :

Ship To:
Name :
Company :
Address :
City, State ZIP :
Phone :

Comments or Special Instructions: None

| SALESPERSON | P.O. NUMBER | ORDERED BY | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| Sal Cimaglia | | Nan Gill | | | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | December Monthly Website Maintenance Fee | $35.00 | $35.00 |

|  |  |
|---|---|
| SUBTOTAL | $35.00 |
| SALES TAX  @ 08125% | $2.84 |
| SHIPPING & HANDLING | N/C |
| TOTAL DUE | $37.84 |

Make all checks payable to **SK Consulting**
If you have any questions concerning this invoice, contact **Sal Cimaglia, 845-783-7522**, E-Mail: SKCC@AOL.COM

**THANK YOU FOR YOUR BUSINESS!**

# GILL ABSTRACT CORPORATION
## 222 Greenwich Avenue, P.O. Box 1
### Goshen, New York 10924
### (845) 294-6972
### (845) 294-8748 (FAX)

EXHIBIT F

February 21, 2006

John Granger
2820 Audubon Village Drive, Suite 339
Audubon, Pennsylvania   19403

Re:  Rates Calculator

Dear Mr. Granger:

We are in receipt of your letter dated 2/13/06 in reference to the rates calculator on our website.

This calculator was provided by our website Administrator.  We never authorized him to use any copyrighted material and have instructed him to remove this calculator subject to investigation.

Very truly yours,
GILL ABSTRACT CORPORATION

Nan Mia Gill

NMG:sg

EXHIBIT B



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-310-009**

EFFECTIVE DATE OF REGISTRATION

6-30-06
Month            Day            Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼** New York Title Insurance Rate Calculator

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼** John Allan Granger

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1959   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼  Computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No.

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given * 1998 2002 ◄ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶    Day ▶    Year ▶    ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ John Allan Granger

2820 Audubon Village Drive, Suite 339

Audubon, Pennsylvania 19403

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 3 0 2006
**ONE DEPOSIT RECEIVED**
JUN 3 0 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*Amended by C.O. from phone call to John Granger on August 29, 2006.

EXAMINED BY _____    FORM TX

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ _____  Year of Registration ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                             Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b

John Allan Granger
2820 Audubon Village Drive, Suite 339
Audubon, Pennsylvania 19403

Area code and daytime telephone number ▶  (610) 929-5154
Email ▶ jg@alphaadv.net              Fax number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶  ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John Allan Granger                                      Date ▶ 6/27/2006

Handwritten signature (X) ▼
X _John Allan Granger_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼          John Allan Granger

Number/Street/Apt ▼   2820 Audubon Village Drive, Suite 339

City/State/ZIP ▼     Audubon, Pennsylvania 19403

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ♻ Printed on recycled paper