UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHN GRANGER,

                     Plaintiff,

          - against -

GILL ABSTRACT CORPORATION and NAN
GILL,

                    Defendants.

Civ. Action No. 07-CV-3491(PKC)

**AFFIDAVIT OF DREW DISKIN**

---------------------------------------------------------------x

| STATE OF NEW YORK | ) |
|---|---|
| | )ss.: |
| COUNTY OF NEW YORK | ) |

       Drew Diskin, being duly sworn, deposes and says:

       1.     I am the managing member of Inertia, LLC ("Inertia"), located at 619 Charles Court, River Dale, N.J. 07675 and was Defendant Gill Abstract Corporation's website administrator from 2005 through to March 2006. Accordingly, I have personal knowledge of the facts set forth herein. I respectfully submit this affidavit in opposition to Plaintiff John Granger's ("Plaintiff" or "Granger") motion for summary judgment and in support of Defendant Nan Gill ("Gill") and Gill Abstract Corp.'s ("Abstract") (collectively "Defendants") cross motion for summary judgment.

       2.     In short, it is undisputable that Plaintiff's title insurance rate calculator (the "Rate Calculator") was removed from Abstract's website several months before June 30, 2006 registration was granted. Accordingly, Plaintiff's claims are all without merit, and

Plaintiff's complaint must be stricken. At the very least, Plaintiff's damages if any must be limited to actual damages.

3. Inertia provides freelance administrative web services for the web, including Abstract's website.

4. Upon information and belief Abstract is a title company and is engaged in the business of providing a range of title services to the general public, including but not limited to, the sale of title and mortgage insurance. Abstract's website address is www.gillabstract.com (the "Website").

5. On or about February, 17 2006, I received a letter from Plaintiff dated February 13, 2006, claiming that the Rate Calculator on Abstract's website was copyrighted.

6. I immediately contacted Ms. Nan Gill of Gill Abstract received instructions to immediately remove the Rate Calculator from the Website. Accordingly, on or about February 21, 2006, I removed the Rate Calculator from the Website, a fact which I communicated by email to her. A copy of my email correspondence dated February 21, 2006 to Ms. Gill is attached hereto as Exhibit "A."

7. I was also advised by Ms. Gill and Mr. Sal Cimaglia ("Mr. Cimaglia") of SK Consulting, that Mr. Cimaglia would be providing a new title insurance and mortgage rate calculator for the Website.

8. On or about February 21, 2006, I placed the new title insurance and mortgage rate calculator link provided by Mr. Cimaglia on Abstract's website. I checked Abstract's website myself and confirmed that the Rate Calculator had been removed and that it had been replaced with a new rate calculator.

9. I promptly ensured that the Rate Calculator was removed from the Website on February 21, 2006 (See correspondence attached hereto as Exhibit "A") and was replaced by another mortgage rate and title insurance calculator and confirmed that this was done as instructed without any contractual obligation to do so. This fact is also confirmed by the records of the internet archive "The Wayback Machine."

10. The Wayback Machine located on the world wide web at http://www.archive.org/index.php is a trusted and respected service that allows people to visit archived versions of web sites. Visitors to the Wayback Machine can type in a URL, select a date range, and then begin surfing on an archived version of the Web. Accordingly, using the Wayback Machine it is easy to prove the content of the Website before and after February 21, 2006.

11. Attached hereto as Exhibit "B" is a printout from the Wayback Machine illustrating all changes to the Website. As the court can see, the Wayback Machine documented that Gill Abstract's website was updated on or about March 5, 2006.[1]

12. Attached hereto as Exhibit "C" is the archived imagine of the Website as of March 5, 2006. When one clicks on the link to the rate calculator on this March 5, 2006 date, or any other date thereafter, the website user is referred to the title insurance rate calculator provided by Mr. Cigmalia – **NOT JOHN GRANGER'S TITLE INSURANCE RATE CALCULATOR**.

13. Moreover, as stated above, there was no material belonging to John Granger on the Website at any time after the June 30 Registration Date.

---

[1] Since the WayBack Machine website does not update daily, even though the Website was updated on February 21, 2006, this change was not recorded until March 5, 2006 – a date well before John Granger's June 30, 2006 registration date.

14. Accordingly, it is undisputable that the Rate Calculator was removed from Abstract's website on or about February 21, 2006, or at the very latest on March 5, 2006. This fact is confirmed independently by the Wayback Machine. Certainly the Rate Calculator was removed from the Website well before June 30, 2006 the date of registration of the Rate Calculator.

**WHEREFORE**, I respectfully request that the Court deny Plaintiff's motion for summary judgment with prejudice, and grant Defendants' cross motion for summary judgment and grant Defendants the fees and costs associated with the defense of the instant motion for summary judgment.

Sworn to before me on this 18TH day of October 2007.

_____
Notary Public
DAVID J. Tumminello
My commission expires
March 1, 2011

_____
Drew Diskin

Yahoo! Mail - drewdiskin@yahoo.com                                  http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8681_0_51726...



```
From:      nangill@gillabstract.com   Add to Address Book   Add Mobile Alert
To:        drew@drewdiskin.com
Subject:   Re: Fw: Web Calculator for Gill Abstract
Date:      Wed, 22 Feb 2006 02:53:41 -0500

Thank you
N
----- Original Message -----
From: <drew@drewdiskin.com>
To: <nangill@gillabstract.com>
Sent: Tuesday, February 21, 2006 9:50 PM
Subject: Re: Fw: Web Calculator for Gill Abstract


>
> Updated.
>
> Drew
>
>
>
>> Drew
>> Please get this one up as quickly as possible and the other one off.
>> Thank you,
>> Nan
>> ----- Original Message -----
>> From: SKCC@aol.com
>> To: nangill@gillabstract.com
>> Cc: drew@drewdiskin.com
>> Sent: Tuesday, February 21, 2006 1:25 PM
>> Subject: Re: Web Calculator for Gill Abstract
>>
>>
>> Nan/Drew
>> The link for the web calculator is up and running.  You can now connect
>> the URL which is
>> www.accuratespda.gillabstract.swf to your website and it will work.
>> If any questions, call me at 914-760-0922
>> Tale care
```

Check Mail | Compose | | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



**From:** nangill@gillabstract.com  Add to Address Book   Add Mobile Alert
**To:** SKCC@aol.com
**CC:** drew@drewdiskin.com
**Subject:** Re: Web Calculator for Gill Abstract
**Date:** Mon, 20 Feb 2006 12:33:18 -0500

Thanks Sal,
Just let Drew know also so he can link it.
Nan

----- Original Message -----
**From:** SKCC@aol.com
**To:** nangill@gillabstract.com
**Cc:** drew@drewdiskin.com
**Sent:** Monday, February 20, 2006 8:30 AM
**Subject:** Re: Web Calculator for Gill Abstract

Nan
You will not be able to view what the calculator looks like till sometime tomorrow, Tuesday. I will email you when it is up, then you can look at it and let me know if you like it, then your programmer can link it immediately.
Thanks
Sal

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - drewdiskin@yahoo.com                                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=8681_0_51726...

[ Check Mail ]  [ Compose ]                                          [         ]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - drewdiskin@yahoo.com                    http://us.f565.mail.yahoo.com/ym/ShowLetter?MsgId=3805_0_56716...



Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



Check Mail | Compose | | Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



# INTERNET ARCHIVE Wayback Machine

Searched for http://www.gillabstract.com    **247 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Aug 08, 2007

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 7 pages | 13 pages | 23 pages | 73 pages | 26 pages | 31 pages | 8 pages |
| | | | | | Mar 02, 2001 * | Jan 20, 2002 | Feb 12, 2003 | Jan 13, 2004 | Jan 17, 2005 | Jan 01, 2006 | Jan 02, 2007 |
| | | | | | Mar 07, 2001 | Jan 24, 2002 | Mar 23, 2003 * | Apr 03, 2004 * | Jan 29, 2005 | Jan 02, 2006 | Jan 19, 2007 |
| | | | | | Apr 01, 2001 | Mar 30, 2002 | Mar 28, 2003 | Apr 04, 2004 | Jan 29, 2005 * | Jan 14, 2006 | Jan 24, 2007 |
| | | | | | Apr 05, 2001 | May 23, 2002 | Apr 02, 2003 | Apr 07, 2004 | Feb 05, 2005 * | Jan 15, 2006 | Jan 29, 2007 |
| | | | | | Apr 14, 2001 | May 26, 2002 | Apr 11, 2003 | May 14, 2004 | Feb 06, 2005 | Jan 16, 2006 | Feb 05, 2007 * |
| | | | | | Sep 25, 2001 | Aug 03, 2002 | Jun 03, 2003 | May 26, 2004 | Feb 11, 2005 * | Jan 17, 2006 | Feb 23, 2007 * |
| | | | | | Nov 27, 2001 | Aug 04, 2002 | Jun 09, 2003 | Jun 04, 2004 | Mar 05, 2005 | Jan 18, 2006 | Apr 03, 2007 * |
| | | | | | | Sep 24, 2002 * | Jun 21, 2003 | Jun 07, 2004 | Mar 06, 2005 | Jan 27, 2006 * | Apr 10, 2007 |
| | | | | | | Sep 27, 2002 | Jun 24, 2003 | Jun 09, 2004 | Mar 15, 2005 | Feb 01, 2006 | |
| | | | | | | Sep 29, 2002 | Jul 18, 2003 | Jun 11, 2004 | Mar 18, 2005 | Feb 02, 2006 | |
| | | | | | | Oct 16, 2002 * | Jul 28, 2003 | Jun 12, 2004 * | Mar 24, 2005 * | Feb 08, 2006 | |
| | | | | | | Nov 27, 2002 | Aug 06, 2003 | Jun 27, 2004 | Apr 03, 2005 * | Feb 21, 2006 * | |
| | | | | | | Nov 29, 2002 | Aug 12, 2003 | Jun 28, 2004 | Apr 04, 2005 | Mar 05, 2006 * | |
| | | | | | | | Sep 23, 2003 | Jun 29, 2004 | Jun 04, 2005 * | Apr 18, 2006 | |
| | | | | | | | Sep 29, 2003 | Jul 01, 2004 | Jun 05, 2005 | Apr 24, 2006 | |
| | | | | | | | Oct 01, 2003 * | Jul 03, 2004 | Aug 25, 2005 | May 15, 2006 * | |
| | | | | | | | Oct 12, 2003 * | Jul 04, 2004 | Aug 27, 2005 | May 16, 2006 | |
| | | | | | | | Oct 19, 2003 | Jul 07, 2004 | Sep 01, 2005 | Jun 10, 2006 * | |
| | | | | | | | Nov 26, 2003 | Jul 10, 2004 | Oct 25, 2005 | Jun 12, 2006 | |
| | | | | | | | Nov 27, 2003 | Jul 13, 2004 | Oct 27, 2005 | Jun 18, 2006 * | |
| | | | | | | | Dec 02, 2003 | Jul 14, 2004 | Nov 08, 2005 | Jul 16, 2006 * | |
| | | | | | | | Dec 16, 2003 | Jul 15, 2004 | Dec 01, 2005 | Jul 17, 2006 | |
| | | | | | | | Dec 18, 2003 | Jul 16, 2004 | Dec 24, 2005 | Jul 20, 2006 | |
| | | | | | | | | Jul 17, 2004 | Dec 30, 2005 | Aug 13, 2006 | |
| | | | | | | | | Jul 18, 2004 | Dec 31, 2005 | Aug 14, 2006 | |
| | | | | | | | | Jul 19, 2004 | | Aug 20, 2006 | |
| | | | | | | | | Jul 20, 2004 | | Sep 01, 2006 | |
| | | | | | | | | Jul 21, 2004 | | Sep 03, 2006 | |
| | | | | | | | | Jul 22, 2004 | | Oct 14, 2006 | |
| | | | | | | | | Jul 23, 2004 | | Dec 05, 2006 * | |
| | | | | | | | | Jul 24, 2004 | | Dec 05, 2006 | |
| | | | | | | | | Jul 25, 2004 | | | |
| | | | | | | | | Jul 26, 2004 | | | |
| | | | | | | | | Jul 27, 2004 | | | |
| | | | | | | | | Aug 04, 2004 | | | |
| | | | | | | | | Aug 05, 2004 | | | |
| | | | | | | | | Aug 06, 2004 | | | |
| | | | | | | | | Aug 08, 2004 | | | |
| | | | | | | | | Aug 09, 2004 | | | |
| | | | | | | | | Aug 10, 2004 | | | |
| | | | | | | | | Aug 11, 2004 | | | |

*Crawl notes UPDATE from 2/21/06

Crawl date*: March 5, 2006

Serving New York State is still serving the search and insurance needs of Florida since 1982

NY-NJ Online Order form | Florida Online Order form | Download forms | Scheduling Your closing
Rates Calculator | Mortgage Calculator | How the Title Report and Policy is Generated | Endorsements Glossary | Home

- **New Customers and New York Customers Order** Title Examination & Insurance online
- **Returning Florida and New Jersey Customers Order** Title Examination & Insurance online

Special Services for Realtors

## THE BEST CHOICE FOR YOUR TITLE SERVICE NEEDS

**GILL ABSTRACT CORPORATION** is fully committed to providing the very best customer service and quality title insurance in the residential and commercial industry. The client relationships we have built, our industry expertise and our professional service have made us one of the most reliable title insurance companies in New York State, and established us as one of the most innovative, up-and-coming title insurance agencies in the industry.

We have been in the abstract and title insurance business for over 20 years and have established solid relationships with other companies in the industry. Our service does not stop when the premium is paid. We follow up on post-closing items with the utmost care and produce proofs in a timely manner when your client chooses either to resell or to refinance. The speed, accuracy and completeness of our search is our highest priority.

Our expertise in title insurance, banking and real estate law uniquely qualifies us to offer our underwriters the most efficient and knowledgable services. Providing services from our offices in Manhattan, Goshen and Northport, we are dedicated to offering the best title insurance services throughout the greater New York State area, and now in Florida with our new offices in Clearwater.

We offer a full range of TITLE INSURANCE PRODUCTS:
- Fee (owner) insurance
- Mortgage (lender) insurance
- Leasehold insurance
- Co-op insurance

In addition to title insurance products, we offer a wide variety of services designed and coordinated to assist the Real Estate Community.

SERVICES:
- Accommodation Recordings and Filings
- Attorney Searches
- Business Searches
- Co-op Searches
- Foreclosure Services
- Lien Searches — Judgment — Open Mortgage — Federal Tax Liens — UCC's — Miscellaneous / Minor Liens
- Mechanic Lien Searches
- Court Record Searches
- And more... ask us

GILL ABSTRACT CORPORATION is a full-service, state-of-the-art title insurance company serving New York State. Gill Abstract Corporation is underwritten by:

First American Title Insurance

**New Link to New Technology**

- SCHEDULING YOUR CLOSINGS
- RATES CALCULATOR
- MORTGAGE CALCULATOR
- HOW THE TITLE REPORT AND POLICY ARE GENERATED

Click the arrow to download the MS Word Doc or Adobe PDF:
Click here for our entire list of Fidelity National Title Insurance Company of New York forms.

### DEEDS
- Bargain And Sale Deed, With Covenant Against Grantor's Acts
- Bargain And Sale Deed Without Covenants Against Grantor's Acts
- Executor's Deed