UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN GRANGER,

                *Plaintiff*,

- against -

GILL ABSTRACT CORPORATION and
NAN GILL,

                *Defendants*.
------------------------------------------------------x

Civil Action No.: 07-CV-3491)PKC)

**CERTIFICATE OF SERVICE**

      **LOUELLE JOHNSON**, being duly sworn, deposes and says that: Deponent is not a party to this action, is over 18 years of age and is employed by Cozen O'Connor, 909 Third Avenue, New York, New York 10022.

      On October 19, 2007, Deponent served, *inter alia*, the within Summary Judgment Notice to Pro Se Litigant; Proposed Order; Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendants' Cross-Motion; Defendants Rule 56 Counterstatement of Facts and Affidavits of Nan Gill, Drew Diskin and Sal Cimaglia upon:

            John Granger, Pro Se
            2820 Audubon Village Drive
            Suite 339
            Audubon, PA 19403

By depositing a true copy thereof in a securely sealed, properly addressed fully postpaid, first class mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

                                                                         LOUELLE JOHNSON

Sworn to before me this
19th day of October, 2007

_____
Notary Public

            JOSEF F. ABT
    Notary Public, State of New York
         No. 02AB6040009
      Quailified in Queens County
   Commission Expires April 10, 2010

NEWYORK_MIDTOWN\630668\5 194986.000