```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN GRANGER,                       :
                                    :
                    Plaintiff,      :
                                    :    07 Civ. 03491 (PKC)(THK)
        -against-                   :
                                    :    SCHEDULING ORDER
GILL ABSTRACT CORP., et al.         :
                                    :
                    Defendants.     :
------------------------------------X
```

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having participated in a pretrial conference with the Court; it is hereby ORDERED:

1. By November 2, 2007, Defendants shall re-issue their discovery requests to Plaintiff.

2. Defendants are granted leave to amend their pleadings to join a third-party, and shall file such an amended pleading by November 9, 2007.

3. Defendants shall produce documents to Plaintiff, as set forth on the record during the October 30, 2007 pretrial conference, by November 19, 2007.

4. Plaintiff shall respond to Defendants' discovery requests, including producing documents in response thereto, by November 26, 2007.

5. By January 31, 2008, the parties shall complete all discovery.

The following rules shall govern all pretrial proceedings in this action:

If any discovery disputes arise during this case, the parties

must make a good faith effort to resolve them. If disputes cannot be resolved, they should be brought to the Court's attention by letter. This letter should be brief and to the point so as to allow for expeditious resolution of discovery disputes without the need for formal motions. A responsive letter should be submitted within five days. Failure to bring disputes to my attention promptly and in advance of the discovery deadline will result in a waiver of remedies as to such disputes.

Telephonic applications will be entertained only where disputes arise in the course of depositions or in genuine emergencies. In all other cases, applications must be made by letter to my chambers. If the application is for an extension of time, the letter-application (indicating whether all parties consent) must be delivered to my chambers at least ten days prior to the original due date.

Papers filed with the Court should be marked "Referred to Magistrate Judge Katz." The Clerk of the Court and my chambers must be advised of any change of address or telephone number.

Plaintiff is advised that procedural advice is available from this court's Pro Se Office, which is located in Room 230 at the above address, and can be reached at (212) 805-0175. The Pro Se Office does not accept collect calls.

SO ORDERED.

                                                       THEODORE H. KATZ
                                                      UNITED STATES MAGISTRATE JUDGE

Dated:    October 30, 2007
            New York, New York

Copies mailed to:

John Granger
2820 Audubon Village Dr.
Suite 339
Audubon, PA 19403

Aaron Georghiades, Esq.
Cozen & O'Connor, P.C.
1900 Market Street
Philadelphia, PA 19103
215 665-7273