USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07

**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

17TH FLOOR   909 THIRD AVENUE   NEW YORK, NY 10022-7431   212.509.9400   800.437.7040   212.207.4938 FAX   www.cozen.com

November 8, 2007

Aaron P. Georghiades
Associate
Direct Phone 212-453-3890
Direct Fax     877-526-3076
ageorghiades@cozen.com

**VIA FACSIMILE (212) 805-7932**
Hon. Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   John Granger v. Gill Abstract Corporation, et al.,
      07 Civ. 03491

Dear Magistrate Judge Katz:

    We represent the defendants in the above-referenced matter. During the pretrial conference on October 30, 2007, Your Honor granted defendants leave to file an amended pleading to join third parties Inertia, LLC and Drew Diskin to this action by November 9, 2007.

    We write to respectfully request a short extension of time for defendants to file their amended pleading from November 9, 2007 to November 16, 2007. Before filing the amended pleading, it is necessary for defendants to communicate with the third parties to be joined in this matter. Defendants believe it will greatly facilitate the efficiency of this matter if the third party defendants are contacted prior to filing the complaint. Defendants have attempted to contact the third parties since the October 30, 2007 conference, but have been unable to speak with them, although it is expected that those third parties will contact defendants' counsel over the ensuing days.

    Accordingly, it is respectfully requested that Your Honor grant defendants' request for a short extension of time to file their amended pleadings until November 16, 2007.

COPIES MAILED TO COUNSEL OF RECORD ON 11/9/07

Granted.

**SO ORDERED**

11/8/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

COZEN O'CONNOR

By: Aaron P. Georghiades

APG

cc: John Granger, *pro se.*
via First Class Mail (facsimile unknown)