```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN GRANGER,                       :
                                    :
                    Plaintiff,      :
                                    :    07 Civ. 03491 (PKC)(THK)
          -against-                 :
                                    :         ORDER
GILL ABSTRACT CORP., et al.         :
                                    :
                    Defendants.     :
------------------------------------X
```

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and Defendants having requested a settlement conference with the Court; it is hereby ORDERED:

1. The parties shall appear for a settlement conference in Courtroom 17D on **March 19, 2008,** at 10:00 a.m.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:   March 5, 2008
         New York, New York

Copies mailed to:

John Granger
2820 Audubon Village Dr.
Suite 339
Audubon, PA 19403

Aaron Georghiades, Esq.
Cozen & O'Connor, P.C.
1900 Market Street
Philadelphia, PA 19103
215 665-7273

COPIES MAILED
TO COUNSEL OF RECORD ON 3/5/08