```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN GRANGER,                       :
                                    :
                    Plaintiff,      :
                                    :     07 Civ. 03491 (PKC)(THK)
          -against-                 :
                                    :          ORDER
GILL ABSTRACT CORP., et al.         :
                                    :
                    Defendants.     :
------------------------------------X
```

**FROM: THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action having been referred to this Court for general pretrial supervision; and the parties having attended a conference with the Court during which remaining discovery issues were discussed; it is hereby ORDERED:

1. Discovery in this matter is now closed, with one exception.

2. The parties will be permitted to take trial depositions of each other, if such depositions are necessary in light of the District Court's resolution of the pending motions for summary judgment, which relate to, among other things, liability and available damages.

3. Following their receipt of the District Court's decision, the parties are to contact this Court to explain why they believe any such depositions are necessary and to set a schedule in which to complete any such depositions and submit a Joint Pretrial Order.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 3/19/08

Dated:    March 19, 2008
          New York, New York

Copies mailed to:

John Granger
2820 Audubon Village Dr.
Suite 339
Audubon, PA 19403

Aaron Georghiades, Esq.
Cozen & O'Connor, P.C.
1900 Market Street
Philadelphia, PA 19103
215 665-7273

Drew Diskin
5871 Kara Place
Burke, VA 22015