UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
John Granger

                Plaintiff,

      -against-

Gill Abstract Corp. And Nan Gill

                Defendant.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

~~ORDER OF REFERENCE~~
**TO A MAGISTRATE JUDGE**

07 Civ. 3491 (PKC)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

    Motions to strike _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: __X__

* Do not check if already referred for general pretrial.

**SO ORDERED.**

*[signature]*

P. Kevin Castel
United States District Judge

DATED: New York, New York
           March 20, 2008