RECEIVED JUL 02 2008 PKC US

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

MEMO ENDORSED

# John Granger
2820 Audubon Village Drive, Suite 339
Audubon, Pennsylvania 19403
http://www.alphaadv.net/nytitle
(610) 929-5154       John@alphaadv.net

---

July 2, 2008

07 Civ. 3491

Judge P. Kevin Castel
US District Court
500 Pearl Street
New York, New York
(212) 805-7949 fax

*Any objections shall be filed by July 8, 2008*
*SO ORDERED*
*[signature]*
*7-3-08*

Dear Judge Castel,

I write this letter to verify the due date for my Objections to the Report and Recommendation of Magistrate Judge Theodore H. Katz and if required to request a few additional days.

Magistrate Judge Theodore H. Katz's Report and Recommendation was postmarked on June 23, 2008 from New York and was not immediately delivered.

Magistrate Judge Theodore H. Katz quoted "28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this report to file written objections."

Since I was not served on June 23, 2008 because of the delay in first class mail from New York to Pennsylvania and a weekend is within the ten days, I respectfully request until July 8, 2008 to have my Objections to the Report and Recommendation of Magistrate Judge Theodore H. Katz postmarked to the Court.

Respectfully submitted,

*[signature]*

John Granger

cc:  Aaron P. Georghiades, Cozen O'Connor, 909 Third Avenue, 17th Floor, New York, New York 10022
    Drew Diskin / INERTIA, LLC, 5871 Kara Place, Burke, Virginia 22015

Mailed 7/7/08