**GILL ABSTRACT CORPORATION**
**P.O. BOX 1**
**222 GREENWICH AVENUE**
**GOSHEN, NEW YORK 10924**
(845) 294-6972      Fax (845) 294-8748

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

**MEMO ENDORSED**

JULY 3, 2008

Judge P. Kevin Castel
US District Court
500 Pearl Street
New York, New York
(212) 805-7949 fax

Dear Judge Castel:

I am in receipt of a copy of the letter from John Granger to yourself dated 7/2/08 requesting additional time to file Objections to the Report and Recommendation of Magistrate Judge Theodore H. Katz.

I hereby request that this extension not be granted due to the fact that the letter is vague and incomplete and does not state the actual date on which he received the above-mentioned report.

I mailed a copy of my letter to my insurance company along with a copy of the above-referenced Report certified mail to Mr. Granger on 6/26/08. Mr. Granger signed for this letter on 6/28/08 only two (2) days after my mailing. Attached hereto please find copy of the return receipt indicating that it was received on 6/26/08.

It would seem that Mr. Granger would have received the Report from the Court on or about 6/24/08. Even giving an additional two days would bring this matter to 7/4/08.

I therefore request that the request of Mr. Granger to extend his time to answer be denied.

Respectfully Submitted,

Nan Mia Gill

Cc: Aaron P. Georghides, Cozen & O'Connor, 908 Third Avenue, 17th Floor, NY, NY 10022
    Drew Diskin/ INERTIA, LLC, 5871 Kara Place, Burke, Virginia 22015

*[Handwritten endorsement:]* 07 Civ 3491 (PKC)(THK) I deem this letter to be a motion to reconsider my Order dated July 2 (entered July 7, Docket #44). As such, it is denied. SO ORDERED. [signature] USDJ 7-11-08