

# COZEN O'CONNOR

A PROFESSIONAL CORPORATION

17TH FLOOR  909 THIRD AVENUE  NEW YORK, NY 10022-7431
212.509.9400  800.437.7040  212.307.7988 FAX  www.cozen.com

**MEMO ENDORSED**

Aaron P. Georghiades
Direct Phone 212-453-3890
Direct Fax  877-526-3076
ageorghiades@cozen.com

July 18, 2008

VIA FACSIMILE: (212) 805-7949

Honorable Judge P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Re: Granger v. Gill et al.
      07 Civ. 3491 (PKC)(THK)

Dear Judge Castel:

This firm represents defendants Nan Gill and Gill Abstract Corporation (the "Gill Defendants") in the above-referenced matter. As per Your Honor's request, and further to the email communication from Your Honor's Case Manager Drew D'Agostino yesterday, please find attached a draft copy of this firm's proposed motion to withdraw as counsel for the Gill Defendants in the above case.

If you have any questions, please contact me at the above telephone number.

Respectfully yours,

COZEN O'CONNOR

By: Aaron P. Georghiades

APG
Enc.
Nan Gill (by electronic mail)

---

Handwritten endorsement: File the motion upon the plaintiff and upon the defendants and third-party defendants and serve. I see no reason why the motion to withdraw ought to be under seal. *Lugosch v. Pyramid* 435 F.3d 110, 119 (2d Cir. 2006). SO ORDERED. /s/ PKC 7-18-08