```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN GRANGER,

                Plaintiff,           07 Civ. 3491 (PKC)

   -against-                              ORDER

GILL ABSTRACT CORPORATION and
NAN GILL,

                Defendants.

------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Because cases (except employment cases) in which one party is self-represented are ineligible for the Court's mediation program, I vacate so much of my order as referred the matter to mediation.

        SO ORDERED.

                                                 P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
          July 18, 2008