UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN GRANGER,

                     Plaintiff,              07 Civ. 3491(PKC)(THK)

        -against-                       ORDER

GILL ABSTRACT CORPORATION and
NAN GILL,

                    Defendants.
-----------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/14/08

P. KEVIN CASTEL, District Judge:

      The law firm of Cozen O'Connor has moved to withdraw as counsel in this action to defendants and third-party plaintiffs Gill Abstract Corporation and Nan Gill.  Gill Abstract Corporation and Nan Gill, who have been served with the application, have not opposed it.  Plaintiff John Granger opposes the application.  For good cause shown, the application to withdraw is granted.

      **DEFENDANT GILL ABSTRACT CORPORATION IS ADVISED THAT BECAUSE IT IS NOT A NATURAL PERSON IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS LICENSED TO PRACTICE IN THIS COURT.**

      **IF, BY SEPTEMBER 12, 2008 , DEFENDANT GILL ABSTRACT CORPORATION FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE COURT WILL ENTERTAIN A MOTION TO HOLD DEFENDANT GILL ABSTRACT CORPORATION IN DEFAULT AND/OR TO STRIKE ITS ANSWER FOR FAILURE TO COMPLY WITH THIS ORDER.**

-2-

**NAN GILL IS ADVISED TO CONSIDER RETAINING COUNSEL. HOWEVER, AS A NATURAL PERSON SHE IS PERMITTED TO PROCEED WITHOUT AN ATTORNEY. NAN GILL IS INVITED TO CONTACT THE COURT'S PRO SE OFFICE LOCATED IN ROOM 230 OF THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, 212-805-0175.**

Mr. Georghiades is directed to serve a copy of this Order upon Gill Abstract Corporation and Nan Gill and to confirm receipt of same.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 8, 2008