UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   Civil Case No. 07-3491(PKC)(THK)

JOHN GRANGER, Pro Per,

                         Plaintiff,

     -against-                            **NOTICE OF APPEARANCE**

GILL ABSTRACT CORPORATION
and NAN GILL (Individual),

                         Defendants.
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned attorneys appear in this action on behalf of Defendants Gill Abstract Corporation and Nan Gill, and request that all papers and proceedings be served upon such undersigned attorneys at the address and e-mails set forth below.

                                    Yours, etc,

                                  **UNCYK, BORENKIND & NADLER, L.L.P.**

Dated: September 10, 2008       By...................................................
      New York, New York                 ELI UNCYK (EU 3989)

                                  Attorneys for Defendants
                                  555 Fifth Avenue, 18th Floor
                                  New York, New York 10017
                                  Tel: (212) 575-1292
                                  Fax: (212) 768-4469
                                  euncyk@aol.com
                                  euncyk@ubnlaw.com
                                  ubnlaw@aol.com

**TO:**    John Granger, Plaintiff
        2820 Audubon Village Drive, Suite 339
        Audubon, Pennsylvania 19403
        Tel: (610) 929-5154

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NEW YORK       )

**VALERIE BRISSETT**, being duly sworn, says:

I am not a party to the action, am over 18 years of age, and reside in Brooklyn, New York.

On September 11, 2008, I served true copies of the annexed **NOTICE OF APPEARANCE** by mailing the same in a sealed envelope, first class mail, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

John Granger, Plaintiff
2820 Audubon Village Drive, Suite 339
Audubon, Pennsylvania 19403

and

by filing same with the Clerk of the Court, electronically

_____
**VALERIE BRISSETT**

Sworn to before me this
11th day of September, 2008

_____
Notary Public

MYRON NADLER
Notary Public, State of New York
No. 02NA809280?
Qualified in New York
Commission Expires Dec ... 2010

MYRON NADLER
Notary Public, State of New York
02NA809280?
New York County
Commission Expires December 31, 2010

**UNCYK, BORENKIND & NADLER, LLP**

COUNSELORS AT LAW

555 FIFTH AVENUE – 18TH FLOOR, NEW YORK, NEW YORK 10017

(212) 575-1292 • FACSIMILE (212) 768-4469

ELI UNCYK
ALAN BORENKIND
MYRON R. NADLER

JEFFREY S. KOFSKY
MATTHEW B. MILLMAN

September 11, 2008

<u>**To be filed electronically by Sender**</u>
Honorable Theodore H. Katz
U.S. Magistrate Judge
500 Pearl Street, Rm. 1660
New York, NY 10007

    Re:   <u>**Granger v. Gill**</u>
           <u>**United States District Court, SDNY**</u>
           <u>**Civil Case #: 07-3491(PKC)(THK)**</u>

Honorable Sir:

    We have been retained by Defendants Gill Abstract Corporation and Nan Gill (Individual) in the above-referenced matter. Our Notice of Appearance is enclosed herewith.

    We understand there is a filing entitled "Notice of Plaintiff's Motion for Sanctions for Destruction of Evidence," which may have been served upon Defendants' prior counsel on or about August 29, 2008, and entered on the case's docket sheet on September 3, 2008 (Doc. 53). We also note that this court issued an Order on August 8, 2008, and entered August 14, 2008, granting the application of Defendants' prior counsel to withdraw (Doc. 52).

    We ask that the motion (Doc. 53) be stricken for failure of service, and that Plaintiff be admonished with respect to a clear violation of Rule 5 of the Federal Rules of Civil Procedure regarding service, and the implicit stay of proceedings until September 12, 2008, by which time Defendants were to obtain new counsel.

                                                              Respectfully,

                                                             Eli Uncyk

EU:vb
Encl.
cc:   John Granger (w/encl.)
      Nan Gill (w/encl.)



RECEIVED SEP 12 2008 JUDGMENT CLERK'S OFFICE